IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF JIM K. SCOTT, and REGINA SCOTT, Individually <br><br>  Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA d/b/a NATIONAL UNION FIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH d/b/a NATIONAL UNION FIRE INSURANCE COMPANY; and, CHASE HOME FINANCE, LLC <br><br>  Defendant. | ) ) ) ) NO. 2:10-CV-02851-SHM-cgc ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA D/B/A NATIONAL UNION FIRE INSURANCE COMPANY ONLY**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate that Defendant National Union Fire Insurance Company of Louisiana d/b/a National Union Fire Insurance Company is not a proper defendant in this matter and that this Defendant may be dismissed without prejudice. It is therefore,

**STIPULATED** that Defendant National Union Fire Insurance Company of Louisiana d/b/a National Union Fire Insurance Company is dismissed, and the costs of this cause are held in abeyance until final resolution of this matter.

BURCH, PORTER & JOHNSON, PLLC


/s/ Taylor A. Cates
Melissa A. Maravich (#013876)
Taylor A. Cates (#20006)
130 North Court Avenue
Memphis, TN  38103
901-524-5000
mmaravich@bpjlaw.com
tacates@bpjlaw.com



BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ PC


/s/ Stacie S. Winkler
S. Russell Headrick (#5705)
Stacie S. Winkler (#23098)
165 Madison Avenue, Suite 2000
Memphis, TN  38103
901-526-2000
rheadrick@bakerdonelson.com
swinkler@bakerdonelson.com