```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

**THE ESTATE OF JIM K. SCOTT,**
**and REGINA SCOTT, Individually.**

    **Plaintiff,**

                                   NO.   10-2851 SHM C

**vs.**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF LOUISIANA d/b/a**
**NATIONAL UNION FIRE INSURANCE**
**COMPANY; NATIONAL UNION FIRE**
**INSURANCE COMPNAY OF PITTSBURCH**
**d/b/a NATIONAL UNION FIRE INSURANCE**
**COMPANY, and CHASE HOME FINANCE, LLC.**

    **Defendants.**

---

## ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY
## OF LOUISIANA d/b/a NATIONAL UNION FIRE INSURANCE COMPANY

---

All parties having stipulated that defendant National Union Fire Insurance Company of Louisiana d/b/a National Union Fire Insurance Company is not a proper defendant and maybe dismissed without prejudice, it is hereby ORDERED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that defendant National Union Fire Insurance Company of Louisiana d/b/a National Union Fire Insurance Company is DISMISSED, without prejudice, costs to be held in abeyance.

It is so ORDERED this 11th day of April, 2011.

                                                      <u>s/Samuel H. Mays, Jr.</u>
                                                      SAMUEL H. MAYS, JR.
                                                    UNITED STATES DISTRICT JUDGE