```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION

THE ESTATE OF JIM K. SCOTT, and     )
REGINA SCOTT, Individually,         )
                                    )
     Plaintiffs,                    )
                                    )
v.                                  )     No. 10-2851 Ma C
                                    )
NATIONAL UNION FIRE INSURANCE       )
COMPANY OF LOUISIANA d/b/a          )
NATIONAL UNION FIRE INSURANCE       )
COMPANY, et al.                     )
                                    )
     Defendants.                    )
```

ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the parties' April 18, 2012 stipulation of dismissal without prejudice. (D.E. 35).  For good cause shown, this case is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED this <u>4th</u> day of May, 2012.

<u>s/Samuel H. Mays, Jr.</u>
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE