UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**THE ESTATE OF JIM K. SCOTT and**
**REGINA SCOTT, individually,**

      **Plaintiffs,**

V.                                                                                Cv. No. 10-2851-Ma

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF LOUISIANA, d/b/a**
**NATIONAL UNION FIRE INSURANCE**
**COMPANY, et al.,**

      **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Dismissing Case Without Prejudice, docketed May 8, 2012.

**APPROVED:**


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| | |
|---|---|
| *May 9, 2012* | THOMAS M. GOULD |
| DATE | CLERK |
| | *s/ Jean Lee* |
| | (By) DEPUTY CLERK |